| | |
|---|---|
| Susan St. Vincent<br>Legal Officer<br>NATIONAL PARK SERVICE<br>Legal Office<br>P.O. Box 517<br>Yosemite, California  95389<br>Telephone:  (209) 372-0241 | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CHAD C. MEEK, II,<br><br>　　　　　Defendant. | No.  6:17-MJ-0022-MJS<br><br>**MOTION TO VACATE REVIEW HEARING; AND ORDER THEREON** |

　　　　The United States, by and through its representative, Susan St. Vincent hereby moves the Court for an Order to Vacate the review hearing currently scheduled in this matter for February 27, 2018.  To date, Defendant has complied with all the terms of unsupervised probation imposed by this Court on March 22, 2017.

　　　　.

| | |
|---|---|
| Dated:  January 20, 2018 | NATIONAL PARK SERVICE<br><br>　/S/ Susan St. Vincent_____<br>Susan St. Vincent<br>Legal Officer |

1

## **ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the review hearing scheduled for February 27, 2018, in the above referenced matter, *United States v. Meeks, 6:17-mj-00022-MJS*, be vacated.

IT IS SO ORDERED.

Dated: February 21, 2018 /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE